FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND** 2016 JAN 28  PM 12: 28

Chambers of
**Ellen Lipton Hollander**
District Court Judge

CLERK'S OFFICE 101 West Lombard Street
AT BALTIMORE Baltimore, Maryland 21201
410-962-0742

BY_____ _____DEPUTY

January 28, 2016

MEMORANDUM TO COUNSEL

Re:   *Michelle McCray v. Bank of America, Corporation*
      Civil Action No. ELH-14-2446

Dear Counsel:

On January 26, 2016, pursuant to Local Rule 101.2, counsel for plaintiff filed a "Motion to Withdraw as Counsel." ECF 34 (the "Motion").

Local Rule 101.2(a) provides, in relevant part:

> In the case of an individual, appearance of counsel may be withdrawn only with leave of court and if (1) appearance of other counsel has been entered, or (2) withdrawing counsel files a certificate stating (a) the name and last known address of the client, and (b) that a written notice has been mailed to or otherwise served upon the client at least seven (7) days previously advising the client of counsel's proposed withdrawal and notifying the client either to have new counsel enter an appearance or to advise the Clerk that the client will be proceeding without counsel.

No notice of appearance for other counsel for plaintiff has been docketed. Moreover, the Motion reflects that notice was sent via email on January 20, 2016. Therefore the Motion, filed on January 26, 2016, was premature. In addition, the Motion does not include a certificate that complies with Rule 101.2(a)(2).

Accordingly, counsel for plaintiff shall submit a revised Motion, in accordance with the dictates of Local Rule 101.2.

Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

Very truly yours,

___/s/_____

Ellen Lipton Hollander
United States District Judge